DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**UMBERTO LOPEZ CISNEROS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-248

[October 3, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jeffrey J. Colbath, Judge; L.T. Case No. 502012CF013526A.

Carey Haughwout, Public Defender, and Claire Victoria Madill, Assistant Public Defender, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Melynda L. Melear, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, TAYLOR and GERBER, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***